IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS JACOBS,

        Plaintiff,            ORDER

     v.            14-cv-126-bbc

JB VAN HOLLEN, JILL FALSTAD,
LEMOUNT JACOBSON, GREG GRAU
and RANDY KRAUGER,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In an order entered on March 28, 2014, I dismissed plaintiff Chris Jacobs's complaint for his failure to comply with Fed. R. Civ. P. 8. I gave plaintiff until April 17, 2014, in which to submit an amended complaint addressing the deficiencies explained in the March 28 order. In addition, I warned plaintiff that his failure to respond to the court's order would result in dismissal of this case for his failure to prosecute it. It is now well past that deadline and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS ORDERED that plaintiff Chris Jacobs's case is dismissed for his failure to prosecute it. The clerk of court is directed to enter judgment and close this case.

Entered this 29th day of April, 2014.

                BY THE COURT:
                /s/
                BARBARA B. CRABB
                District Judge

1