IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHRIS JACOBS,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        14-cv-126-bbc

JB VAN HOLLEN, JILL FALSTAD,
LEMOUNT JACOBSON, GREG GRAU and
RANDY KRAUGER,

        Defendants.

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for plaintiff's failure to prosecute it.

| /s/ | 4/29/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |